United States District Court
Southern District of Texas
FILED

JUN 0 1 2022

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-22-911 |
| § | |
| NESTOR GARCIA § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about May 13, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**NESTOR GARCIA**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to import into the United States of America from the United Mexican States controlled substances. The controlled substances involved were 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1), 960(b)(1) and 960(b)(2).

### Count Two

On or about May 13, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**NESTOR GARCIA**

did knowingly and intentionally import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 6 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(1) and Title 18, United States Code, Section 2.

### Count Three

On or about May 13, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**NESTOR GARCIA**

did knowingly and intentionally import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 2 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(2) and Title 18, United States Code, Section 2.

### Count Four

On or about May 13, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**NESTOR GARCIA**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B).

### Count Five

On or about May 13, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**NESTOR GARCIA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 6 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Six

On or about May 13, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**NESTOR GARCIA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 2 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY