UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL ACTION NO. 7:22-CR-00911-001 |
| VS. | § § | |
| NESTOR GARCIA | § § | |

## VERDICT

**WE, THE JURY, FIND:**

THE DEFENDANT, **NESTOR GARCIA**,

_____Guilty_____ as to **Count One**, as charged in the indictment.
*(Insert "Guilty" or "Not Guilty")*

_____Guilty_____ as to **Count Two**, as charged in the indictment.
*(Insert "Guilty" or "Not Guilty")*

_____Guilty_____ as to **Count Three**, as charged in the indictment.
*(Insert "Guilty" or "Not Guilty")*

_____Guilty_____ as to **Count Four**, as charged in the indictment.
*(Insert "Guilty" or "Not Guilty")*

_____Guilty_____ as to **Count Five**, as charged in the indictment.
*(Insert "Guilty" or "Not Guilty")*

_____Guilty_____ as to **Count Six**, as charged in the indictment.
*(Insert "Guilty" or "Not Guilty")*

_____         9-22-2022
FOREPERSON'S SIGNATURE                              DATE